O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARITY M. ANTWINE, | ) | CASE NO. CV 03-03619 RZ |
| Plaintiff, | ) ) ) | ORDER |
| vs. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

This matter is before the Court on remand from the Court of Appeals, which vacated this Court's order awarding attorney's fees, and ordered the Court to reconsider in light of *Crawford v. Astrue*, 586 F.3d 1142 (9th Cir. 2009). The Court has concluded that its prior order may have been overly dependent on a view of the proper lodestar, and thus may have been inconsistent with *Crawford*. Therefore, after reconsidering in light of *Crawford*, the Court finds that the amount of $16,450 is a reasonable fee for the services performed in court. Accordingly, the Commissioner shall pay that sum to Plaintiff's counsel, out of the past-due benefits. Upon receipt of the fees, counsel shall refund to Plaintiff the sum of $3,300 previously awarded under the Equal Access to Justice Act.

IT IS SO ORDERED.

DATED: September 29, 2010

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE